US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
NOV 20 2019
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:19CR20037-001 |
| | ) | |
| | ) | 18 U.S.C. § 242 |
| ANTHONY BOEN | ) | |

## INDICTMENT

The Grand Jury Charges:

### INTRODUCTION

1. At all times material to this Indictment, ANTHONY BOEN was the Sheriff of Franklin County, Arkansas.

2. As Sheriff, ANTHONY BOEN was the chief law enforcement officer in Franklin County and was responsible for running both the Franklin County Sheriff's Office ("FCSO") and Franklin County Jail.

3. J.P., a pretrial detainee, was held on a pending criminal charge and being transported to the Franklin County Jail on or about September 14, 2017.

4. Z.G., a pretrial detainee, was being held on a pending criminal charge at the Franklin County Jail in the fall of 2018. Z.G. was shackled to a bench in the jail's shower room on or about December 3, 2018.

5. B.E., a pretrial detainee, was arrested by FCSO and being held at the Franklin County Jail on or about November 21, 2018.

Paragraphs 1 through 5 are hereby incorporated by reference into the counts set forth below.

## COUNT 1
(Deprivation of Rights Under Color of Law)

On or about September 14, 2017, in the Western District of Arkansas, Fort Smith Division, the defendant, ANTHONY BOEN, was the Sheriff of Franklin County, Arkansas, and while acting under color of law, willfully deprived J.P., a person known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, to be free from the deprivation of liberty without due process of law, which includes the right to be free from the use of unreasonable force by a law enforcement officer. Specifically, while transporting J.P. to the Franklin County Jail with an FCSO deputy, ANTHONY BOEN punched J.P. multiple times in the head and body while J.P. was handcuffed and shackled in the back of a patrol vehicle and was not resisting. The offense resulted in bodily injury to J.P.

All in violation of 18 United States Code, Section 242.

## COUNT 2
(Deprivation of Rights Under Color of Law)

On or about November 21, 2018, in the Western District of Arkansas, Fort Smith Division, the defendant, ANTHONY BOEN, was the Sheriff of Franklin County, Arkansas, and while acting under color of law, willfully deprived B.E., a person known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, to be free from the deprivation of liberty without due process of law, which includes the right to be free from the use of unreasonable force by a law enforcement officer. Specifically, ANTHONY BOEN ordered B.E. brought to the detectives' office, pushed B.E. onto the floor, and grabbed B.E.'s hair or beard. The offense resulted in bodily injury to B.E.

All in violation of 18 United States Code, Section 242.

## COUNT 3
(Deprivation of Rights Under Color of Law)

On or about December 3, 2018, in the Western District of Arkansas, Fort Smith Division, the defendant, ANTHONY BOEN, was the Sheriff of Franklin County, Arkansas, and while acting under color of law, willfully deprived Z.G., a person known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, to be free from the deprivation of liberty without due process of law, which includes the right to be free from the use of unreasonable force by a law enforcement officer. Specifically, ANTHONY BOEN struck Z.G. multiple times in the head while Z.G. was shackled to a bench in the Franklin County Jail and was not resisting. The offense resulted in bodily injury to Z.G.

All in violation of 18 United States Code, Section 242.

A true bill.

/s/ Grand Jury Foreperson
Foreperson

DUANE (DAK) KEES
UNITED STATES ATTORNEY

By: Brandon Carter
Assistant United States Attorney
Ark. Bar Number 2005241
414 Parker Avenue
Fort Smith, AR 72902
Phone: (479) 494-4075
Email: brandon.t.carter@usdoj.gov

Michael J. Songer
Trial Attorney, Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Email: Michael.Songer@crt.usdoj.gov