# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**V.**                                 **CASE NO. 2:19-CR-20037**

**ANTHONY BOEN**                                                            **DEFENDANT**

## ORDER

On November 16, 2021, the Court held a hearing on Defendant Anthony Boen's Motion for Judgment of Acquittal or, in the Alternative, for a New Trial (Doc. 90). Under Federal Rule of Criminal Procedure 29(a), the Court must "enter a judgment of acquittal of any offense for which the evidence is insufficient to sustain a conviction." "A verdict will only be overturned if no reasonable jury could have found the defendant guilty beyond a reasonable doubt." *United States v. Weaver*, 554 F.3d 718, 720 (8th Cir. 2009). For the detailed reasons explained from the bench, the Court finds that the evidence presented to the jury was sufficient to sustain convictions against Mr. Boen on Counts Two and Three of the indictment. As for Mr. Boen's alternative request for a new trial under Rule 33, this relief should only be granted "if the evidence weighs heavily enough against the verdict that a miscarriage of justice may have occurred." *United States v. Serrano-Lopez*, 366 F.3d 628, 634 (8th Cir. 2004). Once again, for the reasons stated from the bench, the Court finds that the evidence did not weigh against the verdict. Accordingly, **IT IS ORDERED** that Mr. Boen's Motion (Doc. 90) is **DENIED**.

**IT IS SO ORDERED** on this 19th day of November, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE