United States District Court
*for the*
Western District of Arkansas

# NOTICE OF APPEAL

United States of America,
*Plaintiff;*

vs.

Anthony Boen,
*Defendant.*

2:19-CR-20037-001
District Court Docket Number

Honorable Tim Brooks
District Court Judge

Notice is hereby give that Anthony Boen appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment and Commitment entered in this action on 3/23/22.

Russell A. Wood
Signature of Appellant's Counsel

501 East 4th Street, Ste. 4
Street Address    Room

Russellville    AR    72801
City    State    Zip Code

Russell A. Wood
Typed Name of Appellant's Counsel

479-967-9663
Telephone Number (include Area Code)

3-24-22
Date

Defendant's Address: Moore Detention Center, 111 S. Alabama Avenue, Okmulgee, OK 74447
(Complete Address if incarcerated; or City & State only)

Offenses: Two charges of violation of 18 U.S.C. 242- Deprivation of Rights Under Color of Law

Date of Verdict: 8/9/21    [X] Jury    [ ] Non-Jury

Trial Testimony - Number of Days: 4    Bail Status: $5,000.00 unsecured prior to conviction

Sentence: Forty-eight (48) months on Count Two and Forty-eight (48) months on Count Three, to run concurrently with Count Two    Date Imposed: 3/10/22

Appealing:  [ ] Sentence    [ ] Conviction    [X] Both
Trial Counsel was:  [ ] Appointed    [X] Retained
Does Defendant's financial status warrant appointment of counsel on appeal?  [ ] Yes  [X] No
Affidavit of Financial Status (CJA23) filed on: 
Is there a reason why trial counsel should not be appointed as counsel on appeal?  [ ] Yes  [X] No

Assistant U.S. Attorney (Name and Phone): Brandon Carter (479) 249-9042; Michael Songer (202) 305-1762

## CERTIFICATE OF SERVICE

  I do hereby certify that a copy of the foregoing Notice of Appeal has been electronically filed with the Clerk of Court using the CM/ECF System on 3/30/22 which will send notification of such filing to the following:

Brandon Carter
Brandon.T.Carter@usdoj.gov

Michael Songer
Michael.songer@usdoj.gov
and I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

               /s/ Russell Wood

## CERTIFICATE OF SERVICE

  I hereby certify that on _____, I presented the foregoing Notice of Appeal to the Clerk of Court for filing and uploading to the CM/ECF System which will send notification of such filing to the following:

and I hereby certify that I have mailed the document by the United States Postal Service to the following non CM/ECF participants:

               /s/