United States District Court
*for the*
Western District of Arkansas

United States of America
*Plaintiff*
vs.                                Criminal Case No. 2:19-CR-20037-001

Anthony Boen
*Defendant*

## TRANSCRIPT REQUEST FORM
(To be completed by Attorney for Appellant)

☑ Please prepare a transcript of:

- ☐ Pre-Trial Proceedings
- ☐ Trial Testimony or
- ☐ Portions thereof
- ☐ Plea Hearing
- ☑ Sentencing
- ☑ Post Trial Proceedings
- ☑ Other (Specify) New Trial Hearing 11-16-21 & Sentencing 3-10-22

☐ I am **not** ordering a transcript because:
- ☐ Previously Filed (Specify)
- ☐ Other (Specify)

Date Transcript ordered by Counsel or District Court: 4-19-22

Court Reporter (Name): Paula Barden
(1 name per form)
(Address): 35 East Mountain Ste 510, Fayetteville, AR 72701
(Phone): 479-695-4460

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of the Notice of Appeal and Transcript Request forms have been filed/served upon U.S. District Court, court reporter and all counsel of record, and that satisfactory arrangements have been made for payment of the cost of the transcripts ordered have been made with the court reporter (FRAP 10b).

Method of Payment: ☑ Funds    ☐ CJA24 Form submitted in eVoucher.

Attorney's signature _[signature]_                         Date 4-19-22

Attorney's address 501 East 4th Street, Suite#4, Russellville, AR 72801   Telephone 479-967-9663